UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY HANN,

    Plaintiff,

                              CASE NO. 05-CV-71347
                              JUDGE PAUL D. BORMAN
                              MAGISTRATE JUDGE PAUL J. KOMIVES

v.

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

**ORDER (1) ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION REGARDING
PLAINTIFF'S JUNE 28, 2005 MOTION (Doc. Ent. 8); AND
(2) DENYING PLAINTIFF'S MOTION TO REVERSE DISMISSAL
AND REINSTATE DEFENDANTS GORCYCA, BROWN, AND LOEB**

    The Court has reviewed the Magistrate Judge's Report and Recommendation ("R&R"), filed on January 19, 2006, and any objections filed thereto.

    **IT IS ORDERED** that the R&R is accepted and entered as the findings and conclusions of this Court, and Plaintiff's Motion to Reverse Dismissal and Reinstate Defendants Gorcyca, Brown, and Loeb is DENIED.

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 22, 2006.

                                            s/Jonie Parker
                                            Case Manager