UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY HANN,

      Plaintiff,

                           CASE NO. 05-CV-71347
                           JUDGE PAUL D. BORMAN
                           MAGISTRATE JUDGE PAUL J. KOMIVES

v.

STATE OF MICHIGAN, et al.,

      Defendants.

_____/

**ORDER (1) ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION REGARDING
PLAINTIFF'S FEBRUARY 1, 2006 NOTICE OF RE-REMOVAL (Doc. Ent. 16); AND
(2) STRIKING PLAINTIFF'S NOTICE OF RE-REMOVAL**

      The Court has reviewed the Magistrate Judge's Report and Recommendation ("R&R"), filed on

March27, 2006, and any objections filed thereto.

      **IT IS ORDERED** that the R&R is accepted and entered as the findings and conclusions of this

Court, and Plaintiff's Notice of Re-Removal is stricken from the record.

                      S/Paul D. Borman_____
                      PAUL D. BORMAN
                      UNITED STATES DISTRICT JUDGE

Dated:  June 14, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 14,
2006.

                      S/Jonie Parker_____
                      Case Manager