UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY S. HANN,

      Plaintiff,                                   CASE NO. 05-CV-71347

v.                                               PAUL D. BORMAN
                                                   UNITED STATES DISTRICT JUDGE

                                                   MAG. JUDGE PAUL KOMIVES

STATE OF MICHIGAN,

      Defendant,
_____/

ORDER VACATING THE COURT'S MARCH 21, 2007 OPINION AND ORDER;
ALLOWING PLAINTIFF UNTIL APRIL 18, 2007 TO REPLY TO THE
<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

      On March 21, 2007, this Court issued an Opinion and Order Affirming the Magistrate Judges Report and Recommendation (R&R) (Docket #s 81, 82, 83, 84, 85, 86).

      On March 21, 2007, the Clerk of this Court received a motion from Petitioner seeking, *inter alia*, additional time to respond to the R&R.

      The Court will vacate its March 21, 2007 Order, and extend the time for Petitioner to file objections to the R&R to April 18, 2007. The Court will deny the many other requests in Petitioner's March 21, 2007 filing as not responsive to the R&R.

      SO ORDERED.

                                                   s/Paul D. Borman
                                                   PAUL D. BORMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: March 28, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 28, 2007.

                                              s/Denise Goodine
                                              Case Manager