UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY HANN,

    Plaintiff,

vs.

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

Civil Action No.
05-CV-71347

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

**ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) GRANTING THE MEDICAL CARE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, and (3) CLOSING THE CASE**

This is a civil rights case filed by a former prisoner. The remaining defendants are: Dr. Qayyum and Dr. Thyagaragan, two Michigan Department of Corrections ("MDOC") physicians, and J. Daoust and P. Meyer, two MDOC health care professionals. These four defendants are collectively referred to as the "medical care defendants."

The Court has previously dismissed all of Plaintiff's claims except for his Eighth Amendment claims against the medical care defendants. Plaintiff claims that the medical care defendants were deliberately indifferent to his medical needs with regard to the handling of his prescription medications.

On February 27, 2009, the medical care defendants filed a Motion for Summary Judgment with regard to Plaintiff's Eighth Amendment claim. *See* docket entry 128. On February 25, 2010, Magistrate Judge Paul J. Komives issued a Report and Recommendation ("R&R") in which he recommends that the medical care defendants' motion be granted. *See* docket entry 162.

Plaintiff has not filed objections to the R&R and the time to do so has expired. The Court

has had an opportunity to fully review this matter. The Court finds that Magistrate Judge Komives correctly and thoroughly analyzed all of the issues presented and that he reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Magistrate Judge Komives' R&R of February 25, 2009, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that the Motion for Summary Judgment of the medical care defendants is granted.

IT IS FURTHER ORDERED that this order resolves the last remaining claim in this case, and that the case is closed.


    S/Paul D. Borman  
    PAUL D. BORMAN  
    UNITED STATES DISTRICT JUDGE

Dated: March 16, 2010

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 16, 2010.

    S/Denise Goodine  
    Case Manager